1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSHUA T. BERRY,                           ) Case No. EDCV 09-1363 JC
                                           )
                    Plaintiff,             )
                                           ) JUDGMENT
        v.                                 )
                                           )
MICHAEL J. ASTRUE,                         )
Commissioner of Social                     )
Security,                                  )
                                           )
                    Defendant.             )
_____               )

        IT IS HEREBY ADJUDGED that the decision of the Commissioner of

Social Security is reversed in part and the matter is remanded for further

administrative action consistent with the Memorandum Opinion and Order of

Remand filed concurrently herewith.


DATED:  August 25, 2010


                                    _____
                                                        /s/
                                    Honorable Jacqueline Chooljian
                                    UNITED STATES MAGISTRATE JUDGE