MICHAEL J. HURLEY  SBN: 153174
Law Offices of Moga & Hurley
9121 Haven Avenue, Suite 210
Rancho Cucamonga, CA 91730
Telephone:  (909) 948-7282
Facsimile:  (909) 948-7292
E-Mail:     Mogahurley@aol.com

Attorney for Plaintiff:
JOSHUA T. BERRY

# UNITED STATES DICTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| JOSHUA T. BERRY  ,<br><br>                    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY<br><br>                    Defendants. | Case No.  EDCV 09-1363 JC<br><br><br>(PROPOSED) ORDER AWARDING<br>EAJA ATTORNEY FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of Four Thousand One

Hundred Seventy-Five Dollars ($4,175.00) subject to the terms of the stipulation.

Dated:       January 12, 2011              _____/s/_____
                                           JACQUELINE CHOOLJIAN
                                           UNITED STATES MAGISTRATE JUDGE

ORDER FOR EAJA FEES